# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN DELL COLLINS, | Case No. CV 14-3916-GW (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| JEFFREY BEARD et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition Without Prejudice Under Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 21, 2018

_____
GEORGE H. WU
U.S. DISTRICT JUDGE